FILED
2017 Mar-21 PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "1"

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| JEFF HUFF,<br><br>    Plaintiff,<br><br>v.<br><br>HIGHLINE IMPORTS, INC., and<br>RAMI ACHDUT.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL NO:_____<br>)<br>)<br>)<br>)<br>) JURY DEMAND REQUESTED<br>)<br>) |

## COMPLAINT

### STATEMENT OF THE PARTIES

1. Plaintiff Jeff Huff is a resident of Shelby County, Alabama and is over the legal age of nineteen (19) years.

2. Defendant Highline Imports, Inc. is an Alabama domestic corporation. Defendant Highline Imports, Inc. is licensed to do business in the State of Alabama and conducts business in Jefferson County, Alabama.

3. Defendant Rami Achdut is a resident of Jefferson County, Alabama and is over the legal age of nineteen (19) years.

4. Venue is proper in the Circuit Court of Jefferson County, Alabama because the wrongful conduct that forms the basis of Plaintiff's claims occurred in Jefferson County and Defendants conduct business in Jefferson County.

### STATEMENT OF THE CASE

5. On or about February 1, 2014, Plaintiff Jeff Huff entered into a written contract for employment with Defendant Highline Imports, Inc. and Defendant Rami Achdut. Outlined in the employment contract were the terms and conditions of Plaintiff's

employment. On or about February 26, 2014, and at all times thereafter, Defendant Highline Imports, Inc. and Defendant Rami Achdut failed to comply with and adhere to the terms and conditions specified in the written employment contract. As a result of Defendants breach, Plaintiff has suffered significant damages.

## COUNT ONE – BREACH OF CONTRACT

6. Plaintiff incorporates all of the previous paragraphs by reference into this count.

7. On February 1, 2014, Defendants Highline Imports, Inc. and Rami Achdut executed a contract with Plaintiff Jeff Huff entitled "Highline Imports Employment Agreement." The contract outlined the duties to be performed by the Plaintiff, which included: (1) building the internet sales department; (2) various managerial duties; (3) recruiting, hiring, and training sales staff; and (4) selling cars through the internet department and other avenues.

8. Said contract further provided that Plaintiff was to be paid a base salary of $15,000 for the months of February, 2014, through June, 2014. In addition, the Plaintiff was to earn 30% commission of internet sales and 10% commission of dealership sales. In addition, Plaintiff was to receive a company car with insurance and a laptop computer.

9. Plaintiff began working at Highline Imports, Inc. on February 3, 2014, at which time he performed his obligations and duties under the contract.

10. On or about February 26, 2014, and at all times thereafter, Defendants Highline Imports, Inc. and Rami Achdut breached the contract by failing to adhere to and comply with the terms and conditions specified therein. Specifically, Defendants committed the following material breaches of the aforesaid contract:

    a. Failed to pay Plaintiff the agreed upon base salary of $15,000;

  b. Failed to pay Plaintiff the agreed upon percentage of store sales;

  c. Failed to provide Plaintiff with a company car; and

  d. Failed to provide Plaintiff with a company laptop computer.

11. As a direct and proximate result of the breach of contract of Defendants Highline Imports, Inc. and Rami Achdut, Plaintiff Jeff Huff has suffered and will continue to suffer lost income and other benefits.

Wherefore, premises considered, Plaintiff demands compensatory damages against Defendants Highline Imports, Inc. and Rami Achdut in an amount to be determined by a trial by struck jury.

## COUNT TWO – FRAUD, MISREPRESENTATION & DECEIT

12. Plaintiff incorporates all of the previous paragraphs by reference into this count.

13. As a result of express and/or implied promises of compensation made by Defendant Rami Achdut during the course of negotiations, Plaintiff was fraudulently induced to enter into the contract for employment.

14. Plaintiff accepted the position of employment with Defendants based upon the negligent, reckless, and/or intentional false statements made by Defendants Highline Imports, Inc. and Rami Achdut during the course of negotiations and in the contract for employment.

15. Plaintiff was unaware of the false statements and misrepresentations concerning compensation made by Defendants.

16. Defendants Highline Imports, Inc. and Rami Achdut misrepresented material facts relative to Plaintiff's compensation and such actions constitute fraud, misrepresentation, and deceit, both actual and constructive, in violation of Ala. Code §§

6-5-100 – 6-5-104. Plaintiff relied upon said misrepresentations to his detriment and such fraud, misrepresentation, and deceit is a direct and proximate cause of Plaintiff's injuries and damages.

Wherefore, premises considered, Plaintiff demands compensatory and punitive damages against Defendants Highline Imports, Inc. and Rami Achdut in an amount to be determined by a trial by struck jury.

/s/ David A. Lee
David A. Lee (LEE019)
Attorney for Plaintiff

**JURY DEMAND:** **The plaintiff hereby demands a trial by struck jury.**

/s/ David A. Lee
David A. Lee (LEE019)
Attorney for Plaintiff

**OF COUNSEL:**

**PARSONS, LEE & JULIANO, P.C.**
600 Vestavia Parkway, Suite 300
Birmingham, Alabama 35216
(205) 326-6600 – Telephone
(205) 324-7097 – Facsimile
dlee@pljpc.com

**SERVE DEFENDANTS BY CERTIFIED MAIL**

Highline Imports, Inc.
329 24th Street South
Birmingham, AL 35233

Mr. Rami Achdut
329 24th Street South
Birmingham, AL 35233

4

ELECTRONICALLY FILED
7/26/2016 3:47 PM
01-CV-2015-903124.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
(BIRMINGHAM DIVISION)

| | |
|---|---|
| JEFF HUFF, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) CV-2015-903124 |
| v. | ) |
| | ) |
| HIGHLINE IMPORTS, INC. and | ) JURY DEMAND |
| RAMI ACHDUT, | ) REQUESTED |
| | ) |
| Defendants. | ) |

## FIRST AMENDED COMPLAINT

Comes now the Plaintiff, **JEFF HUFF**, pursuant to Rule 15(a) of the Alabama Rules of Civil Procedure, and hereby amends his original Complaint (Doc. 2) to include an additional claim for promissory fraud against the Defendants, Highline Imports, Inc. and Rami Achdut, as follows:

### COUNT THREE
### (PROMISSORY FRAUD)

1. Plaintiff adopts and re-alleges all allegations, claims, counts and demands of his original Complaint (Doc. 2) as if fully set forth herein.

2. On or about February 1, 2014, Defendant Rami Achdut made numerous promises and/or representations to the Plaintiff (in writing) in connection with the negotiation and execution of the Plaintiff's employment agreement with Defendant Highline Imports, Inc.

3. Defendant Rami Achdut specifically promised and/or represented to the Plaintiff that he would receive (i) a monthly base salary of $15,000.00 from February of 2014 until June of 2014; (ii) a thirty (30) percent commission for internet sales; (iii) a ten (10) percent monthly commission on monthly gross dealership sales in excess of

$110,000; (iv) a company vehicle with insurance; and (v) a company laptop computer.

4. Defendants Rami Achdut and Highline Imports, Inc. have wrongfully failed to pay Plaintiff the agreed upon salary, commissions, and employee benefits to which the Plaintiff was entitled under the terms of the employment agreement. This has also caused the plaintiff to suffer mental anguish, worry and anxiety.

5. Defendants Rami Achdut and Highline Imports, Inc. wrongfully failed to provide the Plaintiff with the company vehicle and company laptop computer to which the Plaintiff was entitled under the terms of the employment agreement.

6. Defendant Rami Achdut made the foregoing promises and/or representations with the intention of deceiving and defrauding the Plaintiff and in contemplation of never honoring the employment agreement between the Plaintiff and the Defendants.

7. Plaintiff Jeff Huff reasonably relied on the foregoing promises and representations offered by Defendant Rami Achdut to his detriment by accepting employment with Highline Imports, Inc. and leaving his employment with Dominion Enterprises.

8. Plaintiff Jeff Huff would not have left his employment with Dominion Enterprises had he had not relied on the fraudulent promises and representations made by the Defendants, Rami Achdut and Highline Imports, Inc.

9. As a proximate result of the fraudulent promises and representations made by the Defendants, Rami Achdut and Highline Imports, Inc., the Plaintiff has suffered and will continue to suffer damages, including lost income, lost employee benefits, mental anguish, worry and anxiety.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Jeff Huff demands judgment against the Defendants, **HIGHLINE IMPORTS, INC.** and **RAMI ACHDUT**, in an amount deemed appropriate by a jury which will adequately reflect the enormity of the Defendants' wrongful conduct, in the form of both compensatory and punitive damages, plus costs.

Respectfully submitted this 26th day of July, 2016.

/s/ David A. Lee
David A. Lee (LEE019)
Attorney for Plaintiff
Jeff Huff

**OF COUNSEL:**
**PARSONS, LEE & JULIANO, P.C.**
600 Vestavia Parkway
Suite 300, Shelby Building
Birmingham, Alabama 35216
(205) 326-6600 – Telephone
(205) 324-7097 – Facsimile
dlee@pljpc.com

## JURY DEMAND

Plaintiff demands a trial by struck jury on all issues raised herein.

/s/ David A. Lee
OF COUNSEL

3

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 26th day of July 2016, served a copy of the foregoing pleading to all counsel of record in this proceeding via the Alabama electronic filing system, electronic mail, and/or U.S. mail, first class postage prepaid and properly addressed to the following:

**Doug Centeno, Esq.**
BENTON & CENTENO, LLP
2019 3rd Avenue North
Birmingham, Alabama 35203

**John G. Dana, Esq.**
**Lindan J. Hill, Esq.**
GORDON, DANA & GILMORE, LLC
600 University Park Place, Suite 100
Birmingham, Alabama 35209

**Robert M. Girardeau, Esq.**
HUIE, FERNAMBUCQ & STEWART, LLP
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223

**Daniel J. Newton, Esq.**
GAINES GAULT HENDRIX, P.C.
3500 Blue Lake Drive, Suite 425
Birmingham, Alabama 35243

/s/ David A. Lee
OF COUNSEL

4