FILED
2017 Nov-21  PM 03:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, | } } } |
| Plaintiff, | } } |
| v. | } Case No.:  2:17-cv-00441-RDP } } |
| JEFF HUFF, et al., | } } |
| Defendants. | |

## ORDER

This case is currently before the court due to Plaintiff's failure to perfect service of the Summons and Complaint against Defendant Mo's Paint & Body Shop Inc.  On October 19, 2017, the court warned Plaintiff that failure to perfect service of Defendant Mo's Paint & Body Shop on or before November 20, 2017 would result in Defendant Mo's Paint & Body Shop being dismissed without prejudice from this case.  (Doc. # 38).  Accordingly, it is hereby **ORDERED** that the claims against Defendant Mo's Paint & Body Shop Inc. are **DISMISSED WITHOUT PREJUDICE**.  This dismissal shall not affect any other right, claim or cause of action which Plaintiff has, or may have, against any remaining Defendant.

**DONE** and **ORDERED** this November 21, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE